AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| State of California, et al.<br>*Plaintiff*<br>v.<br>Elaine L. Chao, et al.<br>*Defendant* | )<br>)<br>) Case No. 1:19-cv-02826<br>)<br>) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of California.

Date: 09/20/2019

/s/ David A. Zonana
*Attorney's signature*

David A. Zonana, DZ6370
*Printed name and bar number*

California Department of Justice
1515 Clay Street, Suite 2000
Oakland, CA 94612
*Address*

David.Zonana@doj.ca.gov
*E-mail address*

(510) 879-1248
*Telephone number*

(510) 622-2270
*FAX number*