AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

State of California et al. )
*Plaintiff* )
v. ) Case No. 1:19-cv-02826-KBJ
Elaine L. Chao et al. )
*Defendant* )

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Commonwealth of Pennsylvania.

Date: 10/03/2019

/s Michael J. Fischer
*Attorney's signature*

Michael J. Fischer, PA Bar No. 322311
*Printed name and bar number*
Pennsylvania Office of Attorney General
1600 Arch St.
Suite 300
Philadelphia, PA 19103
*Address*

mfischer@attorneygeneral.gov
*E-mail address*

(215) 560-2171
*Telephone number*

(215) 560-2494
*FAX number*