IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| STATE OF CALIFORNIA, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 1:19-cv-2826-KBJ |
| ELAINE L. CHAO, et al., | ) ) ) | |
| Defendants. | ) ) | |

| | | |
|---|---|---|
| ENVIRONMENTAL DEFENSE FUND, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 1:19-cv-2907-KBJ |
| ELAINE L. CHAO, et al., | ) ) ) | |
| Defendants. | ) ) | |

**NOTICE OF SERVICE**

Pursuant to the Court's General Order and Guidelines Applicable to APA Cases,

Defendants in these related cases hereby notify the Court that they have served a copy of their

motion to dismiss, via e-mail, on lead counsel for Plaintiffs in each related case.

Respectfully submitted,

JEFFREY BOSSERT CLARK
*Assistant Attorney General*

*Of Counsel:*                                           JONATHAN D. BRIGHTBILL
JONATHAN C. MORRISON                    *Principal Deputy Assistant Attorney*
 *Chief Counsel*                                        *General*
CHRISTOPHER S. PERRY                      *Environment and Natural Res. Div.*

*Acting Assistant Counsel for Litigation and*
*Enforcement*
KERRY E. KOLODZIEJ
*Senior Trial Attorney*

*Office of the Chief Counsel*
*National Highway Traffic Safety*
*Administration*

*/s/ Benjamin R. Carlisle*
DANIEL R. DERTKE
BENJAMIN CARLISLE
*Environmental Defense Section*
*U.S. Department of Justice*
*Box 7611*
*Washington, D.C.  20004*
*(202) 514-0994*

OCTOBER 15, 2019
90-5-2-4-21567

-A1-

**CERTIFICATE OF SERVICE**

I hereby certify that on October 15, 2019,  I electronically filed the foregoing Notice with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system.

The participants in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

s/ Benjamin R. Carlisle
