**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,  )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>ELAINE L. CHAO, et al.,  )<br>)<br>Defendants,  )<br>)<br>and  )<br>)<br>THE COALITION FOR SUSTAINABLE  )<br>AUTOMOTIVE REGULATION and THE  )<br>ASSOCIATION OF GLOBAL  )<br>AUTOMAKERS, INC.,  )<br>)<br>Movant-Intervenors.  )<br>) | No: 1:19-cv-2826-KBJ |
| ENVIRONMENTAL DEFENSE FUND, et al.,  )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>ELAINE L. CHAO, et al.,  )<br>)<br>Defendants,  )<br>)<br>and  )<br>)<br>THE COALITION FOR SUSTAINABLE  )<br>AUTOMOTIVE REGULATION and THE  )<br>ASSOCIATION OF GLOBAL  )<br>AUTOMAKERS, INC.,  )<br>)<br>Movant-Intervenors.  )<br>) | No: 1:19-cv-2907-KBJ |

## APPEARANCE OF COUNSEL

To:   The Clerk of Court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Movant-Intervenors the Coalition for Sustainable Automotive Regulation and the Association of Global Automakers, Inc.

Dated:   October 31, 2019

Respectfully submitted,

/s/ *Raymond B. Ludwiszewski*

RAYMOND B. LUDWISZEWSKI
Bar No. 420540
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, NW
Washington, DC  20036
(202) 955-8500
Fax: (202) 467-0539
RLudwiszewski@gibsondunn.com

*Attorney for the Coalition for Sustainable Automotive Regulation and the Association of Global Automakers, Inc.*