**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ELAINE L. CHAO, in her capacity as Secretary, United States Department of Transportation, *et al.*, <br><br> Defendants. | Case No. 1:19-cv-02826-KBJ |

## NOTICE OF SERVICE

Pursuant to the Court's General Order and Guidelines Applicable to APA Cases, *see* Dkt. No. 10, I hereby notify the Court that, via email, I served lead counsel for Defendants in the above-captioned proceeding a copy of:

1) Memorandum of Points and Authorities in Support of State Plaintiffs' Opposition to Motion to Dismiss; and

2) Proposed Order.

Dated: November 14, 2019

*/s/ M. Elaine Meckenstock*
M. ELAINE MECKENSTOCK
Deputy Attorney General, CA SBN 268861
1515 Clay St., 20th Floor
Oakland, CA 94612
(510) 879-0299
Elaine.Meckenstock@doj.ca.gov
*Attorneys for the State of California, by and*
*through Governor Gavin Newsom, the*
*California Air Resources Board, and*
*Attorney General Xavier Becerra*

1