IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| STATE OF CALIFORNIA, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ELAINE L. CHAO, et al., ) <br> ) <br> Defendants. ) <br> ) | No. 1:19-cv-2826-KBJ <br> and consolidated cases |

**MOTION TO EXTEND DEADLINE TO RESPOND**

Defendants respectfully move to extend the deadline to respond to the Complaint filed by Plaintiffs South Coast Air Quality Management District, Bay Area Air Quality Management District, and Sacramento Air Quality Management District (the "Air District Plaintiffs"), No. 1:19-cv-03436, and to the Intervenor Complaint filed by the National Coalition for Advanced Transportation ("NCAT"), until 30 days after resolution of Defendants' motion to dismiss or transfer in these consolidated cases.[1]  Under Federal Rule of Civil Procedure 6(b)(1), the Court may extend these deadlines for good cause.  The Court has discretion to determine when this standard has been met.  *See, e.g.*, *Jordan v. United States DOJ*, 315 F. Supp. 3d 584, 594 (D.D.C. 2018).

---

[1] This is Defendants' first request for an extension of this deadline.  An extension of this deadline will not impact any previous deadlines established by the Court.

Defendants have conferred with the Air District Plaintiffs and NCAT.  The Air District Plaintiffs take no position on this motion.  NCAT does not oppose the relief requested in this motion.

On September 20, 2019, and September 27, 2019, two sets of Plaintiffs filed Complaints seeking judicial review of the Final Rule in this Court, in case numbers 19-cv-2826 and 19-cv-2907.  On October 15, 2019, Defendants served a motion to dismiss or transfer these cases to the United States Court of Appeals for the District of Columbia Circuit due to lack of jurisdiction.  That motion is fully briefed and pending.

The Air District Plaintiffs filed their Complaint on November 14, 2019, in case number 19-cv-3436.  The deadline for Defendants to answer or otherwise respond to the Air District Plaintiffs' Complaint is January 21, 2020.  On December 19, 2019, the Court granted NCAT's motion to intervene.  NCAT filed its Intervenor Complaint in case number 19-cv-2826 that same day, and Defendants' deadline to answer or otherwise respond is no earlier than February 17, 2020.

Judicial efficiency warrants extending the deadlines to respond to the Air District Plaintiffs' and NCAT's Complaints.  Defendants' motion to dismiss or transfer argues that this Court does not have jurisdiction to review the Final Rule because exclusive jurisdiction rests in the D.C. Circuit.  Because this motion was filed before the Air District Plaintiffs and NCAT filed their respective Complaints, it is not explicitly directed toward their Complaints.  However, all three of the cases in this Court seeking judicial review of the Final Rule have now been consolidated, and the resolution of the motion to dismiss or transfer is likely to be relevant to the Air District Plaintiffs' and NCAT's Complaints.  As a result, deferring any response to these Complaints until 30 days after the Court rules on the motion to dismiss or transfer is the efficient

result, as it would avoid the need to submit a response that may soon be rendered duplicative or moot.

For the foregoing reasons the Court should extend the deadline for Defendants to respond to the Air Quality District Plaintiffs' and NCAT's Complaints until 30 days after resolution of Defendants' motion to dismiss or transfer.

Respectfully submitted,

*s/ Benjamin Carlisle*
DANIEL R. DERTKE

| | |
|---|---|
| *Of Counsel:* | BENJAMIN CARLISLE |
| JONATHAN C. MORRISON | *Environmental Defense Section* |
| *Chief Counsel* | *U.S. Department of Justice* |
| KERRY E. KOLODZIEJ | *Box 7611* |
| *Assistant Chief Counsel for Litigation and Enforcement* | *Washington, D.C. 20004* |
| | *(202) 514-0994 (Dertke)* |
| MICHAEL KUPPERSMITH | *(202) 514-9771 (Carlisle)* |
| *Trial Attorney* | *Daniel.dertke@usdoj.gov* |
| | *Benjamin.carlisle@usdoj.gov* |
| *Office of the Chief Counsel* | *IA Bar #: 2889 (Dertke)* |
| *National Highway Traffic Safety Administration* | *NY Bar #: 4734612 (Carlisle)* |

JANUARY 13, 2020
90-5-2-4-21567

## CERTIFICATE OF SERVICE

I hereby certify that on January 13th, 2020, I filed a copy of the foregoing Motion to Extend Deadline to Respond with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system.  The participants in the case are registered CM/ECF users and service of that notice will be accomplished by the CM/ECF system.

    s/ *Benjamin Carlisle*