IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF CALIFORNIA, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 1:19-cv-2826-KBJ |
| v. ) | and consolidated cases |
| ) | |
| ELAINE L. CHAO, et al., ) | |
| ) | |
| Defendants. ) | |

**NOTICE REGARDING BAR STATUS OF JEFFREY BOSSERT CLARK**

The undersigned respectfully submits the attached letter regarding the bar status of Jeffrey Bossert Clark, Assistant Attorney General, Environment and Natural Resources Division, during the period of October 1, 2019, through December 10, 2019.

Respectfully submitted,

　　　　　　　　　　　*/s/ Benjamin R. Carlisle*
　　　　　　　　　　DANIEL R. DERTKE
　　　　　　　　　　BENJAMIN CARLISLE
　　　　　　　　　　　*Environmental Defense Section*
　　　　　　　　　　　*U.S. Department of Justice*
　　　　　　　　　　　*Box 7611*
　　　　　　　　　　　*Washington, D.C.  20004*
　　　　　　　　　　　*(202) 514-0994*

JANUARY 27, 2020
90-5-2-4-21567

-A1-

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2020, I electronically filed the foregoing Notice with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system.

The participants in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

s/ Benjamin R. Carlisle