**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br><br>*Plaintiffs*,<br><br>*v.*<br><br>ELAINE L. CHAO, et al.,<br><br>*Defendants*,<br><br>COALITION FOR SUSTAINABLE AUTOMOTIVE REGULATION, et al.,<br><br>*Defendant-Intervenors*. | No: 1:19-cv-2826-KBJ and consolidated cases |

## UNOPPOSED MOTION TO WITHDRAW AS INTERVENORS

Pursuant to Federal Rule of Civil Procedure 7(b) and Local Civil Rule 7, the Coalition for Sustainable Automotive Regulation ("Coalition") and Automotive Regulatory Council, Inc. ("Council")[1] (collectively, "Movants") hereby move to withdraw as Defendant-Intervenors in these consolidated cases.  This motion is made on behalf of the Coalition and Council and is not made with respect to any other Intervenor or party.  Movants' voluntary withdrawal is appropriate because there is no direct claim made against Movants in these cases and the withdrawal will not materially prejudice the rights of the other parties.  Movants will bear their own costs.

Pursuant to Local Civil Rule 7(m), Movants have conferred with counsel for Plaintiffs, Defendants, and Intervenors.  No party objects to Movants' withdrawal from these cases.

---

[1]     The Council was formerly known as Global Automakers, Inc.  *See* Notice of Name Change, No. 19-cv-2826 (Jan. 10, 2020), ECF No. 54.

Dated: February 2, 2021                    Respectfully submitted,

                                           /s/ *Raymond B. Ludwiszewski*
                                           RAYMOND B. LUDWISZEWSKI
                                           Bar No. 420540
                                           RACHEL LEVICK CORLEY
                                           Bar No. 102469
                                           GIBSON, DUNN & CRUTCHER LLP
                                           1050 Connecticut Avenue, N.W.
                                           Washington, D.C. 20036
                                           (202) 955-8500
                                           Fax: (202) 467-0539
                                           RLudwiszewski@gibsondunn.com
                                           RCorley@gibsondunn.com

                                           *Attorneys for the Coalition for Sustainable*
                                           *Automotive Regulation and the Automotive*
                                           *Regulatory Council, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 2nd day of February, 2021, I served a copy of the foregoing

document on all parties through the Court's CM/ECF system.

/s/ *Raymond B. Ludwiszewski*
RAYMOND B. LUDWISZEWSKI
Bar No. 420540
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 955-8500
Fax: (202) 467-0539
RLudwiszewski@gibsondunn.com