IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br><br>    Plaintiffs,<br><br>NATIONAL COALITION FOR ADVANCED TRANSPORTATION, *et al.*<br><br>    Plaintiff-Intervenors,<br><br>v.<br><br>ELAINE L. CHAO, in her capacity as Secretary, United States Department of Transportation, *et al.*,<br><br>    Defendants. | Case Nos. 1:19-cv-02826-JMC<br>            1:19-cv-02907-JMC<br>            1:19-cv-03436-JMC |

**PUBLIC-INTEREST ORGANIZATION PLAINTIFFS'
NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Plaintiffs in Case No. 1:19-cv-02907 (Center for Biological Diversity, Conservation Law Foundation, Environment America, Environmental Defense Fund, Environmental Law & Policy Center, Natural Resources Defense Council, Public Citizen, Sierra Club, and Union of Concerned Scientists) hereby give notice that they voluntarily dismiss without prejudice their Complaint and all causes of action therein against all Defendants. Because Defendants have not filed an answer or a motion for summary judgment, Plaintiffs may voluntarily dismiss the Complaint without a court order. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

                                                                               Respectfully submitted,

*/s/ Maya Golden-Krasner*
Maya Golden-Krasner
(D.D.C. Bar ID CA00058)
Center for Biological Diversity
660 S. Figueroa Street
Suite 1000
Los Angeles, CA 90017
(213) 785-5404
mdgoldenkrasner@biologicaldiversity.org

*Counsel for the Center for Biological Diversity*


*/s/ Emily K. Green*
Emily K. Green (D.D.C. Bar ID ME0002)
Conservation Law Foundation
53 Exchange Street, Suite 200
Portland, ME 04101
(207) 210-6439
egreen@clf.org

*Counsel for Conservation Law Foundation*


*/s/ Sean H. Donahue*
Sean H. Donahue (D.C. Bar No. 450940)
Donahue & Goldberg, LLP
1008 Pennsylvania Avenue SE
Washington, DC 20003
(202) 277-7085
sean@donahuegoldberg.com

Vickie L. Patton
Peter M. Zalzal
Alice Henderson
Environmental Defense Fund
2060 Broadway, Suite 300
Boulder, CO 80302
(303) 447-7215
vpatton@edf.org

*Counsel for Environmental Defense Fund*

*/s/ Ann Jaworski*
Ann Jaworski (*admitted pro hac vice*)
Environmental Law & Policy Center
35 East Wacker Drive, Suite 1600
Chicago, IL 60601
(312) 795-3711
ajaworski@elpc.org

*Counsel for Environmental Law & Policy Center*


*/s/ Ian Fein*
Ian Fein (D.D.C. Bar ID CA00014)
Natural Resources Defense Council
111 Sutter Street, 21st Floor
San Francisco, CA 94104
(415) 875-6100
ifein@nrdc.org

*Counsel for Natural Resources Defense Council, Inc.*


*/s/ Scott L. Nelson*
Scott L. Nelson (D.C. Bar No. 413549)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000
snelson@citizen.org

*Counsel for Public Citizen, Inc. and Environment America*

*/s/ Joanne Spalding*
Joanne Spalding (D.D.C. Bar ID CA00047)
Andrea Issod
Sierra Club
2101 Webster Street, Suite 1300
Oakland, CA 94612
(415) 977-5725
joanne.spalding@sierraclub.org

Paul Cort
Regina Hsu
Earthjustice
50 California Street, Suite 500
San Francisco, CA 94111
(415) 217-2077
pcort@earthjustice.org

Vera Pardee
726 Euclid Avenue
Berkeley, CA 94708
(858) 717-1448
pardeelaw@gmail.com

*Counsel for Sierra Club*

*/s/ Jessica Anne Morton*
Jessica Anne Morton
(D.C. Bar No. 1032316)
Democracy Forward Foundation
PO Box 34553
Washington, DC 20043
(202) 843-1642
jmorton@democracyforward.org

*Counsel for Union of Concerned Scientists*

## CERTIFICATE OF SERVICE

      I hereby certify that on May 24, 2022, I electronically filed the foregoing Notice of Voluntary Dismissal Without Prejudice with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system. The participants in the case are registered CM/ECF users, and service will be accomplished by the CM/ECF system.

<u>*/s/ Ian Fein*</u>
Ian Fein (D.D.C. Bar ID CA00014)
Natural Resources Defense Council
111 Sutter Street, 21st Floor
San Francisco, CA 94104
(415) 875-6100
ifein@nrdc.org